DANIEL J BRODERICK, #89424
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PHILLIP HARTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. 07-mj-181 (KJM) |
| Plaintiff, | ) | |
| v. | ) | MOTION TO EXONERATE BOND AND ORDER |
| PHILLIP HARTON, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court finds that Mr. Harton was released pursuant to a $140,000.00 property bond which he posted to the Clerk of the Court. Mr. Harton's case is closed and he is presently in custody serving his sentence. He satisfied all of his obligations to the Court.

THEREFORE, it is hereby ORDERED that the $140,000.00 property bond in this case is ordered exonerated and that the Clerk of the Court is directed to reconvey to the surety, Ms. Kathy Anthon, 5833 16th Street, Rio Linda, California, 95673, property posted on behalf of Mr. Harton.

Dated: January 29, 2009

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

harton.ord